**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

---

**RENE HERNANDEZ RODRIGUEZ**,

    Petitioner,

    v.

**RAYMOND THOMPSON**, Warden of Joe
Corley Processing Center, *et al.*

    Respondents.

**CASE No.:  4:26-cv-01863**

---

## ADVISORY TO THE COURT

Petitioner, through undersigned counsel, respectfully submits this Advisory to inform the Court that, on April 28, 2026, Petitioner timely filed an appeal with the Board of Immigration Appeals ("BIA"). Accordingly, the removal order is not administratively final. *See*, Exh. 1, BIA Notice of Appeal.

Dated: May 6, 2026

Respectfully submitted,

/s/ *Veronica Semino*
Veronica Semino, Esq.†
**SEMINO LAW, P.A.**
P.O. Box 944
Fulshear, Texas 77441
Tel.: (786) 505-6186
Veronica@SeminoLaw.com

*Attorneys for Petitioner*
†*Admitted in Florida only; working
remotely from Texas.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 6, 2026, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send electronic notification of this filing to

all counsel of record.

/s/ Veronica Semino